USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/3/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- x

BUILDING SERVICE 32BJ PENSION FUND,

               Plaintiff,

-against-

TOTAL MAINTENANCE SOLUTIONS LLC and ABC COMPANIES 1-10,

               Defendants.

----------------------------------------------------------- X

1:19-cv-08850 (ALC)

**ORDER**

ANDREW L. CARTER, JR., United States District Judge:

The Parties are hereby **ORDERED** to submit a Joint Status Report to the Court on or before **February 17, 2020**.

**SO ORDERED.**

Dated:    February 3, 2020
            New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge