**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | | |
|---|---|---|
| **BUILDING SERVICE 32BJ PENSION FUND,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **1:19-cv-08850-ALC** |
| | : | **ORDER** |
| **TOTAL MAINTENANCE SOLUTIONS LLC, ET AL.,** | : | |
| | : | |
| Defendants. | : | |
| | : | |

-----------------------------------------------------------------: x

**ANDREW L. CARTER, JR., District Judge:**

The Court hereby schedules a pre-motion conference in this matter on December 7, 2020 at 2:00 p.m. Participants are directed to contact the Court at that date and time at (888) 363-4749 (access code: 3768660).

**SO ORDERED.**
**Dated: November 16, 2020**
   **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**