# RAAB, STURM & GANCHROW, LLP
COUNSELORS AT LAW
2125 CENTER AVENUE, SUITE 100
FORT LEE, NEW JERSEY 07024
Tel: (201)292-0150
Fax: (201)292-0152

RONALD RAAB*  
IRA A. STURM***  
ARI D. GANCHROW*

MAURA E. BREEN**  
SAMUEL R. BLOOM****

―――
\* ADMITTED IN NY AND NJ  
\*\* ADMITTED IN NY AND CT  
\*\*\* ADMITTED IN NY AND FLA  
\*\*\*\*ADMITTED IN NY, NJ AND MD

January 15, 2021

By:  ECF  
The Honorable Andrew L. Carter, Jr.  
United States District Court Judge  
Southern District of New York  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, New York 10007

**MEMO ENDORSED**

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC#: _____  
DATE FILED: _____

Re:   Building Service 32BJ Pension Fund  
            v.  
        Total Maintenance Solutions LLC  
        S.D.N.Y. Docket No. 19-CV-08850 (ALC)

Dear Judge Carter,

The undersigned is counsel to the Building Service 32BJ Pension Fund ("Fund"), the plaintiff in the above captioned matter.  There was an error in my letter of January 5, 2021, asking for the reply brief to be filed by February 22, 2021.  The date should have coincided with the submission date of March 1, 2021.  The parties respectfully ask that the date for submission be corrected to coincide with the return date of the motion, March 1, 2021.

Respectfully submitted,

s/ Ira A. Sturm  
Ira A.  Sturm

cc:  Perry Heidecker (By: ECF)

SO ORDERED:  
/s/ Andrew L. Carter  
HON. ANDREW L. CARTER, JR.  
UNITED STATES DISTRICT JUDGE

Dated: 1/19/2021