USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: APRIL 29, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **BUILDING SERVICE 32BJ PENSION FUND**, | |
| Plaintiff, | **1:19-cv-08850 (ALC)** |
| v. | **ORDER** |
| **TOTAL MAINTENANCE SOLUTIONS LLC ET AL.,** | |
| Defendant. | |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar, if the application to restore the action is made within 30 (thirty) days.

**SO ORDERED.**

Dated:   April 29, 2021
         New York, New York

_____
**ANDREW L. CARTER, JR.
United States District Judge**